Epitacio Barron, Hugo P569976
Name and Prisoner/Booking Number

Lower Buckeye Jail T11B36
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
OCT 20 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

x Hugo B _____,  )
(Full Name of Plaintiff)         )
                                 )  Plaintiff,
                                 )
         vs.                     )  CASE NO. CV-09-2206-PHX-GMS-MHB
                                 )  (To be supplied by the Clerk)
(1) Joseph Arpaio as sheriff of  )
Maricopa County,                 )
(Full Name of Defendant)         )
                                 )
(2) _____,)   CIVIL RIGHTS COMPLAINT
                                 )    BY A PRISONER
(3) _____,)
                                 )   ☑ Jury trial Demanded
(4) _____,)  ☒ Original Complaint
         Defendant(s).           )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )   ☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: County Jails / phoenix / Az

Revised 3/9/07

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **Joseph Arpaio**. The first Defendant is employed as: **Sheriff of Maricopa County** (Position and Title) at **All Jails** (Institution).

2. Name of second Defendant: _____. The second Defendant is employed as: _____ (Position and Title) at _____ (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **none** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Bill of rights 5th, 8th, 14th Amendment of U.S. Constitution</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Food</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Joseph Arpaio As sheriff Deliberatly set policy to Direct His Staff (M.C.S.O) to feed me and all Detainees only 2 meals A Day so as to cause me and others pain & suffering Daily From Lack of Food. Arpaio brags on T.V. To newspapers That He Does This to make a name for Himself by Causing us (me) to suffer befor Due process. The food portion is small and the Duration between meals causes early morning stomach Cramps. The food quality is also lacking as most usually. The sack meal has old or rotten meat and Fruit. The Dinner meal may met Technical Nutritional Guidlines but a bowl of worms may do the same as well as Taste The same as this food. No Lettuce or greens and in all other vegetables The Nutrition is cooked out. Also Careless packaging Causes An un-Edible vegeTable. I have gotten Diareah From old peanut Butter and rotten vegeTables. No saving of package Bread or Cookie is allowed to "Ration" Thru long periods to avoid suffering. M.C.S.O. will seize while wealthy inmates Can buy some Type of Food. and store it.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Tired, weak, with little or No Energy, sickly, vomiting From meat, peanut Butter and old citrus, Diareah several Times a Week. Daily Hunger pain and suffering.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>non-Grievable policy</u>

## COUNT II

1. State the constitutional or other federal civil right that was violated: 5th, 8th, & 14th amendment of U.S. Constitution

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Holding Cell Conditions

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On July 30, 2009 for 2 days, I was kept at the 4th avenue booking/intake facility in Phoenix, AZ. This facility routinly puts too many detainees into holding cells. Joseph Arpaio as sheriff as sheriff sets this policy and deliberatly directs M.C.S.O. To put me in a cell with 30 other detainees. This cell was designed for 10-12 people. The only place to sit would have been on the floor that had urine and vomit. After standing for about 10 consecutive hours, my legs cramped up and I was forced to sit on the floor. There was only one sink/toilet with no soap and it was never cleaned. I was subject to this without ever a mat or blanket To get sum sleep. Arpaio also overcrowds holding tanks at Lower Buckeye Jail. Putting 50+ detainees in one cell so as to cause inmates to stand packed together to fit in. Further Arpaio puts over 100 inmates (me) in Madison Ave. Court Holding Cell. This is done to me several times whenever I go to court. The cells are designed originally to house 15 inmates. No Benches are provided and the beds have been removed from the cell thus requiring all 100 (me) to stand to fit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Anxicity, Ears Ringing from noise level, Hard to breath, migraine Head Aches, Leg Cramping.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NON-Greivable Policy

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: 5th, 8th, & 14th amendments of U.S. Constitution.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Torture

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Joseph Arpaio as sheriff sets his policy and deliberately directs his M.C.S.O. staff to cause suffering through Torture. Arpaio Beats to the media that he causes suffering to all detainees even befor due process of the law. While Sheriff Joe provides access to a recreational room, No activities are allowed causing stiff and sore muscles and mental fatigue. Arpaio also directs his staff, in Retaliation to court order, to set one of two A.C. systems to blow air under 60° Directly on beds in cells. This is done to cool the entire pod while the second system in the day-room is kept in low or turned off. The water coming out the shower stalls is not regulated to a resonable Temperature. It is either extremly scolding Hot or Freezing Cold. No middle ground can be achieved. I have been scolded several times by sudden Temp changes as well as gotten sick from taking super cold showers. Arpaio also brags to national media that Humiliates me and All inmates by makeing us wear pink clothing & Labled "unsentenced" giving the presumption we (I) are all guilty Before trial.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Tired, weak, sickly, Lack of energy, stomach cramps, muscle cramps, Anxiety, stress, shivering Bones, physcological Anguish.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Non-Grievable policy

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking the court to grant me montary compensation for pain, suffering and point up Damages allowed the maximum amount. The court to recognize arpaio fails to obay the law, Court ordered federal law Human Right. To appoint independant observer of court ordered federal staff to insure civil right violations cease. Torture and lack of food is remanded arpaio to set new polices to reflect all court remedies to all 3 counts. To order Arpaio to public apology for wasting Tax Dollars and breaking the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/13/09                                         x _Hugo B_____
                  DATE                                          SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)


_____
(Signature of attorney, if any)
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

**MARICOPA COUNTY SHERIFF'S OFFICE**
**JOSEPH M. ARPAIO SHERIFF**

## C E R T I F I C A T I O N

I hereby certify that on this date ___October 16, 2009_____,

I ____ filed __√__ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

<u>I further certify that copies of the original have been forwarded to:</u>

____  Hon _____ United States District Court, District of Arizona.

____  Hon _____ United States District Court, District of Arizona.

____  Attorney General, State of Arizona.

____  Judge, _____, Superior Court, Maricopa County, State of Arizona.

____  County Attorney _____, Maricopa County, State of Arizona,

____  Public Defender _____, Maricopa County, State of Arizona.

____  Attorney _____

____  _____

---

[√] Inmate Legal Services has processed this document in an "as-is" condition.

[√] Inmate Legal Services has processed this document as per the inmate request.

_____Q. M._____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                         06/02/08