# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Hugo Epitacio Barron, | ) ) ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** ) |
| v. | ) CV 09-2206-PHX-GMS (MHB) ) |
| Joseph Arpaio, | ) ) ) |
| Defendants. | ) ) |

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court, dismissing this action, without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall take nothing.

|  |  |
|---|---|
| February 24th   2010 | RICHARD H. WEARE |
| Date | District Court Executive/Clerk |
|  |  |
|  | s/ Kathy Gerchar |
|  | (By) Kathy Gerchar, Deputy Clerk |

cc: (all counsel)